UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK LIPONOGA, JR.,

        Plaintiff,

v.

AMERICAN HOME MORTGAGE
SERVICING INC., et al.,

        Defendants.
_____/

Case No. 12-CV-12829

HON. GEORGE CARAM STEEH

### ORDER STRIKING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL (#6)

Presently before the court is plaintiff's "unopposed" motion to withdraw as counsel for plaintiff. Plaintiff's motion fails to comply with Rule 7.1(a) of the Local Rules of the Eastern District of Michigan. Local Rule 7.1 governs motion practice and Rule 7.1(a) provides:

> (1) The movant must ascertain whether the contemplated motion, or request under Federal Rule of Civil Procedure 6(b)(1)(A), will be opposed. If the movant obtains concurrence, the parties or other persons involved may make the subject matter of the contemplated motion or request a matter of record by stipulated order.
>
> (2) If concurrence is not obtained, the motion or request must state:
>
> > (A) there was a conference between attorneys or unrepresented parties and other persons entitled to be heard on the motion in which the movant explained the nature of the motion or request and its legal basis and requested but did not obtain concurrence in the relief sought; or
> >
> > (B) despite reasonable efforts specified in the motion or request, the movant was unable to conduct a conference.

While plaintiff's counsel claims that the motion is "unopposed," he fails to comply with Local Rule 7.1(a) as he does not specify that he sought concurrence before filing the present

motion, nor did he submit a proposed stipulated order. Counsel's motion also violates Rule 5(a)(2) as it is not double spaced as required by the rule. Accordingly, the court will strike the pending motion for its failure to comply with this court's local rules.

SO ORDERED.

Dated: August 3, 2012

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 3, 2012, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

---